Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 843 - 8 | **DATE** | 2/22/2008 |
| **CASE TITLE** | USA vs. Syble McClutchey | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant appears in response to arrest on 02/22/08. Defendant informed of her rights. Enter order appointing Susan M Pavlow of the Federal Defender Program/Panel as counsel for defendant. Government's oral motion for pretrial detention is granted. Detention hearing is set for 02/27/08 at 3:00 p.m. Defendant to remain in custody pending the 02/27/08 detention hearing.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | LXS |
|---|---|---|