# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Nan R. Nolan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 843 - 8 | **DATE** | 04/03/08 |
| **CASE TITLE** |  | USA vs. Syble McClutchey | |

**DOCKET ENTRY TEXT**

Minute order entry [158] is amended as follows: Detention hearing held as to Syble McClutchey. Enter Order Setting Conditions of Release. Defendant ordered released in the custody of Gateway - Westside. Status hearing set for 05/08/08 at 2:30 p.m.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | LXS |
|---|---|---|