UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
Eastern Division

UNITED STATES OF AMERICA
                                    Plaintiff,

v.                                                          Case No.: 1:07−cr−00843
                                                            Honorable Joan H. Lefkow

Rondell Freeman, et al.
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, September 3, 2008:

    MINUTE entry before the Honorable Joan H. Lefkow as to Syble McClutchey: In Court hearing on Pretrial Services Violation Report of 8/13/2008 is set for 9/5/2008 at 09:30 AM. Mailed and telephoned notice (mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.