## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan H. Lefkow | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 843-8 | **DATE** | 9/5/2008 |
| **CASE TITLE** | USA vs. Syble McClutchey | | |

**DOCKET ENTRY TEXT**

In court hearing held on 9/5/2008 on Pretrial Services Violation Report dated 8/13/2008. Defendant was not present. Order Bench Warrant Issued as to defendant Syble McClutchey for failure to appear and failure to report to Pretrial Services as directed.

Docketing to mail notices.

00:12

| | Courtroom Deputy Initials: | MD |
|---|---|---|